UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DEISY GARCIA,

    Plaintiff,

v.                                                 Case No: 2:18-cv-12-FtM-38CM

GCA SERVICES GROUP, INC.,

    Defendant.
_____/

**ORDER**[1]

This matter comes before the Court on review of the file. On April 23, 2018, the Court dismissed the Complaint and provided Plaintiff with the opportunity to amend, informing Plaintiff that if no amended complaint was filed, judgment would be entered with prejudice and the case closed. (Doc. 41). No amended complaint has been filed and the time to do so has expired. Therefore, the Court will direct that judgment be entered.

Accordingly, it is now

**ORDERED:**

The Clerk is directed to enter judgment dismissing this case with prejudice, terminate any pending deadlines, and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida this 14th day of May, 2018.

                                                   SHERI POLSTER CHAPPELL
                                                   UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record

---

[1] Disclaimer: Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.